IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD MANN                                            PLAINTIFF

    vs.              CASE No. 04-CV-2273

BARDONS & OLIVER, INC.                                  DEFENDANT


## ORDER


Now on this 23rd day of August, 2005, there comes on for consideration the above-styled and numbered cause. In accordance with the Motion to Dismiss with Prejudice (#15), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs and attorney fees.

IT IS SO ORDERED.


/S/ Robert T. Dawson
    Robert T. Dawson
    United States District Judge